**In re Floyd Junior "Dick" POWELL, Petitioner.**

No. 03–7094.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 28, 2003.

Decided Sept. 10, 2003.

Floyd Junior Powell, Petitioner Pro Se.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

PER CURIAM.

Floyd Junior "Dick" Powell petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his habeas motion filed under 28 U.S.C. § 2255 (2000). He seeks an order from this court directing the district court to act. We find there has been no undue

delay in the district court. Accordingly, although we grant leave to proceed in forma pauperis, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*